AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

CHRIS TSCHIRHART,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: 3:11-cv-00281-RCJ-WGC

REGIONAL TRANSPORTATION
COMMISSION OF WASHOE COUNTY,
et al,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' Motion for Judgment on the Pleadings [15] is GRANTED.

May 14, 2012                                    **LANCE S. WILSON**
Date                                                       Clerk

    /s/   M. Campbell
    Deputy Clerk